FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NINA HALL,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LVNV FUNDING CORP., a Delaware corporation, UNFIN, INC., and RESURGENT RECEIVABLES, LLC.,<br><br>　　　　Defendants. | NO.  2:23-CV-00365-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

Before the Court is the parties' Stipulated Motion to Dismiss With Prejudice, ECF No. 23. The motion was heard without oral argument. Plaintiff is represented by Robert Mitchell. Defendants are represented by Ben Mohandesi and Donald Grant.

The parties stipulate and agree that all matters between them have been compromised and settled. They ask that Plaintiff's cause of action be dismissed, with prejudice, and with each party to bear its own costs and attorneys' fees.

//

//

//

//

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 1

1    Accordingly, **IT IS HEREBY ORDERED:**

2    1.  The parties' Stipulated Motion to Dismiss With Prejudice, ECF No. 23, is

3 **GRANTED**.

4    2.   The above-captioned case is **DISMISSED**, with prejudice, and with each

5 party to bear its own costs and attorneys' fees.

6    **IT IS SO ORDERED**. The District Court Executive is hereby directed to

7 file this Order, provide copies to counsel, and **close** the file.

8    **DATED** this 8th day of October 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE** ~ 2